**FILED UNDER RESTRICTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00121-CMA-SKC

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. 12934 WEST ILIFF AVENUE, LAKEWOOD, COLORADO,
2. 9879 JASPER STREET, COMMERCE CITY, COLORADO,
3. 19733 EAST IDA CIRCLE, AURORA, COLORADO,
4. 22683 EAST ALAMO PLACE, AURORA, COLORADO,

       Defendants.

---

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT
THE JUNE 24, 2019 STATUS REPORT**

---

COMES NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and respectfully moves the Court for an order restricting the *June 24, 2019 Status Report* and the related Motion for Leave to Restrict, at a Level 2 restriction, limiting access to the employees of the United States Attorney's Office and law enforcement agents. In support of this Motion, the United States submits the following:

    1.    Said Status Report has been filed as a part of a continuing investigation.

    2.    The release of the information in the Status Report in this matter may substantially jeopardize the ongoing investigation, as well as related investigations, based on concerns of possible destruction of or tampering with evidence and other potential obstructive conduct.

3. At this juncture, public interest in access to these submissions does not, it is respectfully submitted, outweigh the foregoing interests or the interests of the subjects and targets of the investigation in avoiding undue reputational harm.

WHEREFORE, the United States respectfully requests that the *June 24, 2019 Status Report* and related Motion for Leave to Restrict be restricted at Level 2, until further order of the Court.

DATED this 24th day of June 2019.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

        By: *s/Tonya S. Andrews*
        Tonya S. Andrews
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Ste. 1600
        Denver, CO 80202
        303-454-0100
        Email: tonya.andrews@usdoj.gov
        *Attorney for the United States*